UNITED STATES of America, Plaintiff-Appellee,

v.

**Brenda TURNER, Defendant-Appellant.**

No. 16-7567

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2017

Decided: April 4, 2017

Brenda Turner, Appellant Pro Se.

Steven Randall Ramseyer, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Turner appeals the district court's order denying relief on her motion for reduction of sentence under 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Turner,* No. 1:01-cr-00075-JPJ-2 (W.D. Va. Oct. 24, 2016). We dispense with oral argument because the facts and legal conten-

272

tions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*